# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CASE NO. DNCW3:11CR265** |
| | ) | **(Financial Litigation Unit)** |
| | ) | |
| KAREN WILLS, | ) | |
| Defendant, | ) | |
| and | ) | |
| | ) | |
| FUYAO GLASS AMERICA, | ) | |
| Garnishee. | ) | |

## O R D E R

A motion having been duly brought before this Court by the United States of America for an Order to amend the Writ of Continuing Garnishment entered on September 25, 2019, to identify the Defendant as Karen Wills, also known as Karen Jackson, and the Court having considered the same, the Court finds that the Writ of Continuing Garnishment shall be amended.

It is, therefore, **ORDERED**, **ADJUDGED** and **DECREED** that the Writ of Continuing Garnishment entered on September 25, 2019 (Doc. No. 89) is hereby amended to identify the Defendant as Karen Wills, also known as Karen Jackson.

Signed: December 9, 2019

_____
David C. Keesler
United States Magistrate Judge